**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 11-22482-CIV-GRAHAM/GOODMAN

BERNARD BREWER,

Plaintiff,

vs.

OMNI CREDIT SERVICES OF FLORIDA, INC.,

Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice with each

party to bear its own attorneys' fees and costs.


Dated: October 3, 2011                          Respectfully submitted,


                                                /s Andrew I. Glenn
                                                Andrew I. Glenn, Esq.
                                                E-mail:  AGlenn@cardandglenn.com
                                                Florida Bar No.:  577261
                                                J. Dennis Card, Jr., Esq.
                                                E-mail:DCard@cardandglenn.com
                                                Florida Bar No.  0487473
                                                Card & Glenn, P.A.
                                                2501 Hollywood Boulevard, Suite 100
                                                Hollywood, Florida 33020
                                                Telephone:  (954) 921-9994
                                                Facsimile:   (954) 921-9553
                                                Attorneys for Plaintiff