UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 11-22482-CIV-GRAHAM/GOODMAN

BERNARD BREWER,

    Plaintiff,

vs.

OMNI CREDIT SERVICES OF FLORIDA, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 5].

**THE COURT** has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record